**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE SUBPOENA OF JONES DAY BY ANNIE       Case No. 1:26-cv-3359
MCADAMS PC LAW FIRM

**UNDERLYING CASE CAPTION:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

|  |  |
|---|---|
| JANE DOE (C.A.A.) an individual, <br><br> Plaintiff v. <br><br> G6 HOSPITALITY LLC; <br> G6 HOSPITALITY IP, LLC; <br> G6 HOSPITALITY PROPERTY, LLC; <br> G6 HOSPITALITY PURCHASING, LLC <br> G6 HOSPITALITY FRANCHISING, LLC; <br> MOTEL 6 OPERATING, L.P.; DALLAS; <br> OM SAI, LLC; and SHREE <br> BHUVNESHVARI, INC., <br><br> Defendants. | CIVIL ACTION NO. 9:24-CV-00095-MJT |

## <u>NOTICE OF WITHDRAWAL OF SUBPOENA</u>

PLEASE TAKE NOTICE that the subpoena issued by Plaintiff, Jane Doe C.A.A. to Jones

Day, dated March 9, 2026, and that is the subject of the pending Motion to Quash in this matter,

is hereby withdrawn.

The subpoenaed entity, Jones Day, is no longer required to comply with the subpoena, and

no appearance, testimony, or production of documents is required pursuant to that subpoena.

1

Respectfully submitted,

**SICO HOELSCHER HARRIS, LLP**

By: */s/ David E. Harris*
David E. Harris | SBN 24049273
Nicholas J. Tribble | SBN 24121867
dharris@shhlaw.com
ntribble@shhlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile

**ANNIE MCADAMS PC**
Annie McAdams | SBN 24051014
Email: annie@mcadamspc.com
2900 North Loop West, Suite 1130
Houston Texas 77092
(713) 785-6262
(866) 713-6141 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2026, a true and correct copy of the foregoing document was served upon all counsel of record via email.

*/s/ David E. Harris*
David E. Harris